

**LAW OFFICE OF GABRIEL A. LEVY, P.C.**

1129 Northern Boulevard. Suite 404, Manhasset, NY 11030  Glevy@glpcfirm.com  (347) 941-4715

May 19, 2025

Hon. Judge Gregory H. Woods
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/19/2025
```

**MEMORANDUM ENDORSED**

RE:  **JACKSON v. EVP 27 ST MARKS PL, LLC, et al.
       DOCKET NO. 1:25-cv-1518**

Dear Judge Woods:

The undersigned represents Malik Jackson, the plaintiff in the above-referenced matter. I write to respectfully request a 30-day adjournment of the initial conference currently scheduled for May 30, 2025. This is plaintiff's first request for an adjournment.

On May 13, my office received an email from Stephanie A. Johnson, Esq. of the Law Office of Manson and McCarthy, advising that she is appearing as counsel for at least one of the defendants. We have an initial call scheduled for Wednesday, May 21. The parties have not yet met and conferred under Rule 26(f), and I do not expect the pre-conference submissions to be completed in time. Accordingly, the undersigned respectfully requests a 30-day adjournment of the conference.

We thank the Court for its time and consideration on this matter.

Respectfully,

/s/ Gabriel A. Levy

---

Application granted. The initial pretrial conference scheduled for May 30, 2025 is adjourned to July 7, 2025 at 4:00 p.m. The deadline for the parties to submit the joint letter and proposed case management plan outlined in the Court's February 24, 2025 order, Dkt. No. 7, is extended to June 30, 2025. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 14. Plaintiff is directed to serve a copy of this order on Defendants.

SO ORDERED.

Dated: May 19, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge